UNITED STATES of America,
Plaintiff–Appellee,

v.

Garland CALHOUN, a/k/a Chinaman,
a/k/a The People's Republic of
China, Defendant–Appellant.

No. 03–6366.

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

Garland Calhoun, Appellant pro se. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Garland Calhoun appeals the district court's order declaring his motion to compel the court to review his presentence report moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Calhoun,* No. CR–99–664 (D.S.C. Jan. 29, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*